comments caused, the California appellate court's decision uphold-
ing them "was clearly *not unreasonable*" under the general
*Lowenfield* standard. See *Renico*, 559 U. S., at 779. I would
grant certiorari in this case and correct the Ninth Circuit's error.

No. 10–85. SCHEUR *v.* UNITED STATES ET AL. C. A. 5th Cir.
Motion of respondent Robert McMillan for leave to proceed *in
forma pauperis* granted. Certiorari denied.

No. 10–312. LA UNION DEL PUEBLO ENTERO ET AL. *v.* FED-
ERAL EMERGENCY MANAGEMENT AGENCY. C. A. 5th Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 10–419. TORJMAN *v.* FEDERAL BUREAU OF INVESTIGATION
ET AL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 10–5541. STRICKLAND *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied. JUSTICE KAGAN took no part in the consider-
ation or decision of this petition.

No. 10–6625. SUKUP *v.* UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.
JUSTICE KAGAN took no part in the consideration or decision of
this petition.

No. 10–6662. WOODBERRY *v.* UNITED STATES. C. A. 4th Cir.
Certiorari denied. JUSTICE KAGAN took no part in the consid-
eration or decision of this petition.

No. 10–6728. PERCEL *v.* UNITED STATES. C. A. 5th Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 10–6747. TANN *v.* UNITED STATES. C. A. 2d Cir. Certio-
rari denied. JUSTICE SOTOMAYOR took no part in the consider-
ation or decision of this petition.

No. 10–5125. LIETZKE *v.* CITY OF MONTGOMERY, ALABAMA,
ET AL., *ante*, p. 905. Petition for rehearing denied.